UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cr-00187-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **JOHN REID PERKINS JR.,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion to Consolidate this action with 5:05cr248. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Consolidate this action with 5:05cr248 (#22) is **GRANTED**, and the prior action, 5:05cr248, is consolidated into this later action for further proceedings.

Signed: August 26, 2014

Max O. Cogburn Jr.
United States District Judge