UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cr-00187-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) ) | |
| Vs. | ) ) | ORDER |
| **JOHN REID PERKINS JR.,** | ) ) ) | |
| Defendant(s). | ) | |

**THIS MATTER** is before the court on defendant's amended Notice of Appeal. Having conducted a hearing and fully affirming Judge Keesler's initial determination of detention, the court now finds that a combination of conditions are likely to assure defendant's presence for further proceedings and it will direct his release on bond with electronic monitoring. As Pretrial Services will not be fully set up to handle the release until September 24, 2014, the court will remand the issue of release to the magistrate judge for further proceedings not inconsistent with this determination.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's amended Notice of Appeal (#21) is **GRANTED**, the initial decision of the magistrate judge is fully affirmed, and defendant's request for bond is allowed. Defendant shall remain detained until Pretrial Services is ready to receive him, which appears to be September 24, 2014, and the matter of release is **REMANDED** to the magistrate judge for further proceedings.

Signed: September 16th, 2014

Max O. Cogburn Jr.
United States District Judge